O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALONZO MCKINNEY, | ) | NO. CV 22-2722 JGB (KS) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND |
| | ) | RECOMMENDATIONS OF UNITED |
| G. NEWSOM, | ) | STATES MAGISTRATE JUDGE |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody filed under 28 U.S.C. § 2254, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the claims in the First Amended Petition are DENIED as non-cognizable on federal habeas review; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: August 31, 2022

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE