JS-6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALONZO MCKINNEY, | ) NO. CV 22-2722 JGB (KS) |
|---|---|
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| G. NEWSOM, | ) |
| Defendant. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 31, 2022

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE